Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 66047.**—James S. Baker Import Co. and National Carloading Corp. *v.* United States, protests 59/9815, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of crowbars similar in all material respects to those the subject of *National Carloading Corp. et al.* v. *United States* (48 C.C.P.A. 70, C.A.D. 767), the claim of the plaintiffs was sustained.

**No. 66048.**—James S. Baker (Imports) Co., Inc., et al. *v.* United States, protests 60/19703, etc. (Houston).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of crowbars similar in all material respects to those the subject of *National Carloading Corp. et al.* v. *United States* (48 C.C.P.A. 70, C.A.D. 767), the claim of the plaintiffs was sustained.

**No. 66049.**—Empire Findings Co., Inc. *v.* United States, protests 59/28340, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of otoscopes similar in all material respects to those the subject of *Empire Finding Co., Inc.* v. *United States* (44 Cust. Ct. 21, C.D. 2148), the claim of the plaintiff was sustained.